**In the United States District Court
for the District of Kansas**

---

Case No. 5:20-cv-03241-TC-ADM

---

JAMES RICHARD DUDLEY,

*Plaintiff*

v.

(FNU) KENT,

*Defendant*

---

**ORDER OF DISMISSAL**

NOW ON THIS DATE, based on the Motion of Voluntary Dismissal (Doc. 35) filed by the Plaintiff, this matter is hereby dismissed pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees, including attorney's fees.

IT IS SO ORDERED.

Date:  January 24, 2022          s/ Toby Crouse
                                                   Toby Crouse
                                                   United States District Judge