

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,
      Plaintiff,

Case No. 20-CV-03241-TC-ADM

vs.,

(FNU) KENT,
      Defendant(s).

## RULE 60 MOTION
## RELIEF FROM JUDGMENT OR ORDER

1. Comes Now Plaintiff JAMES RICHARD DUDLEY and hereby moves the Court for Relief from its Order of Dismissal (Doc.36) dated 1/24/2022 and filed at 12:36 P.M. CST, persuant to Rule 60(b)(3) "Misconduct and/or fraud"; or

Rule 60(b)(4) "the judgment is void"; or

Rule 60(b)(6) "any other reason that justifies relief."

2. Plaintiff JAMES RICHARD DUDLEY filed a Motion of Voluntary Dismissal on 1/21/2022 (Doc.35) in a good faith effort to negotiate with interested party KDOC/HCF and the Attorney General. <u>No one but Plaintiff signed it and Plaintiff made no stipulations.</u>

3. As soon as Plaintiff JAMES RICHARD DUDLEY turned in his Motion of Voluntary Dismissal all the officers at HCF were talking about it.

(9 pages total)
(plus additional (2) Exhibits.)

1 of 9

4. On 1/24/2022 between 7:00 a.m. and 8:30 a.m. Plaintiff was attacked by HCF officer Hoffman while he was escorting Plaintiff back to his cell in RHU A-2 cellhouse. Hoffman pulled Plaintiff down the stairs and chocked Plaintiff JAMES RICHARD DUDLEY out until other officers arrived and pulled Plaintiff away from Hoffman. (The Police were talking about the video and dod) Hoffman attacked Plaintiff JAMES RICHARD DUDLEY because he stoped at the stairs to look for a book on the book shelve by the stairs just like all the other Prisoners in sey. do. Hoffman has also allowed Plaintiff to do this in the past too.

When Plaintiff stopped to look for a book because there was some new ones there Hoffman told him No and to start walking. I'm not understanding why he is rushing being since no one is in the officers station to open doors and there is nothing else to rush so we have at least 30 seconds in which I can pick a book and as I'm trying to explain this to him "he rudely and forcefully shoves me" causing me to almost stumble up the stairs. So I straighten up and "shoulder check" him and he gets pushed on the oppisite pole of the stairs. As I do this to him I tell him not to be using aggression and force on me for no reason. I then turn my head and stand there waiting for his response. He gains his balance and is dumb founded for a moment and then states "You motherfucker!" and attacks me. I do not resist and lean on the stair pole for support so I do not fall and get hurt. Hoffman is attacking me and pulls me down the stairs and we land on the ground. Hoffman is under me and I am facing away from him and am not resisting the slightest bit. I am completely still. Yet Hoffman is chocking me out until response officers arrive. Then they are all just standing there watching

Hoffman choke me out. Then they pull me off and away from Hoffman. (This is all on camera in A/1 stairs area.)(See Exhibit #1 "DR")
I was then placed on MRA (More Restricted Area) cell (a (box cell) which has been and continues to be ruled unconstitutional by the federal courts.(See attached Exhibit #2 "Admin. Seg. Report")
I was not provided paper until today 1/28/2022 by the segregation review Board.

5. Plaintiff JAMES RICHARD DUDLEY is doing everything humanely possible to try and be reasonable with these Police at HCF.

6. Plaintiff JAMES RICHARD DUDLEY has NEVER had this many issues with the Police his entire life or his entire 15 years in the Kansas Department of Corrections. This Court can check KASPER on the net and can clearly see a dramatic spike in batteries and other violent DRS in the last 7 months.

7. Plaintiff JAMES RICHARD DUDLEY has been pursuing legal action against HCF and its officers and as it has progressed it has been getting worse for Plaintiff. KDOC/HCF Prison officials and officers are retaliating on Plaintiff JAMES RICHARD DUDLEY for all his civil litigation against them.

8. Plaintiff has been placed under unconstitutional conditions of confinement by KDOC/HCF which are;
   a. Zero access to the outside world. Plaintiff is denied phone calls and his mail is not being allowed out and all his incoming mail is not given to him.(Plaintiff recieves a Christmas card from his Mother every year but did not recieve one this year. Plaintiff does not recieve any responses from his Mother in the last 7 months to his letters.)

b) Plaintiff is denied video visits because KDOC erroneously classified his as a sex offender in 2017. It was then determined that Plaintiff "met no criteria" to be managed as a sex offender and was advised to request a "full relief" override which would remove him as a sex offender and allow him video visits. Plaintiff's request have been ignored and also told "they were working on it." It is now 2022 (5 years later) and Plaintiff has still not been removed as a sex offender for No Reason at all. HCF is now using the SO classification as an excuse to cut Plaintiff off from communication with the outside world.

c) Plaintiff is denied 100% access to publications. He cannot even recieve a book from the library.

d) Plaintiff is denied his basic hygiene item a deodorant because KDOC does not provide a deodorant Plaintiff can use and medical will not "buy" a deodorant for Plaintiff but attempted to give him a "cream" for the irritation and developing rash and was told to "avoid" using deodorant.

e) Plaintiff is denied 100% mental health treatment for his life long disabilities of severe anxiety and ADHD for No Reason at all.

f) Plaintiff is not allowed to communicate with any of his friends or associates and is surrounded by Arien Brotherhood "White Boys" and Mexicans who verbally abuse Plaintiff and do not allow him any communication on the tier. Plaintiff is 1/2 African and 1/2 European.

g) Plaintiff is being forced to be around the officers he is in conflict with for NO Reason. HCF could move Plaintiff to RHU A.3 and this would resolve a lot of conflicts with officers but HCF refuses to do so for No reason. Plaintiff is being forced to be in an environment of extreme hostility by HCF officials because they are trying to make Plaintiff lose all control and Kill one of their officers so they can keep Plaintiff in prison for the rest of his life for doing all this legal civil actions on them.

h) Plaintiff has had a broke tooth since March of 2021 and was told by all the Dentist Doctors that he needed a crown but they could not provide it because Centurion has a policy that is a blanket denial policy on crowns because they cost to much. Plaintiff has been grieving this issue but the HCF Warden will Not return Plaintiff's grievance and it has been 5 months he has had it. Plaintiff has suffered (5) infections since and on this last one his voice has been damaged severly and Plaintiff may never sound the same again. Plaintiff cannot be forced to allow Prison officials and Corporate companies to remove body parts from him that do not need to be removed and that the Dentist have determined do not need removed.

I) Plaintiff has been beaten up by the Police 2 times in the past 5 months, tazed for no reason 1 time, pepper sprayed 2 times for no reason, placed on crises level for telling mental health that the police were not feeding Plaintiff his breakfast.

J) Plantiff is being blocked from his criminal civil appeal in Douglas County Kansas 21CV085 by HCF and EAI. Plantiffs motions are not being sent to the Douglas County District Court and Plantiff has had <u>zero</u> responses from the Douglas County District Court.

K) Plantiff is being blocked in his criminal civil appeal in the Supreme Court of Kansas case No. 20-123370-A. Plantiff mailed a pro se "Motion Terminating Counsel" "Motion to Withdrawl Petition for Review" and "Motion for Extension of Time" in September and just now recieved an order granting his motion to terminate counsel. The Court says nothing about his other 2 motions which is not like the Court. The Court would rule on all those motions at once.
Plantiff is also being denied his criminal civil appeals legal work which is (1) legal box full and is in A&D and has been for 3 months. HCF officials tried to get Plantiff to agree to let them go threw it all and read all of it so they could determine what to give to Plantiff since Plantiff already had a legal box of legal work on all his current civil lawsuits and case laws and notes and documents. Plantiff told them No and to just let him switch his legal work out. HCF officials kept stalling him out so Plantiff made copies of all neccessary documents he needed for his current and next civil lawsuits and distributed them to other prisoners who came to RHU every now and then who help Plantiff. Once Plantiff had everything out Plantiff made a scene of throwing his legalwork in his cell all on the fm and then asked Unit Team to go get his

criminal civil appeals legal work from A&D because they no longer had an excuse to keep it from Plaintiff. HCF officials still have not given Plaintiff his legal work from A&D back to him.

L) Plaintiff has never in his life suffered such oppressive conditions. Plaintiff's record is clean of gang banging, drug dealing, extortion, weapons, stealing, sexual abuse, ~~[scribbled]~~ trafficing in contraband and undue relations. Yet Plaintiff is being treated like a Terrorist because he chooses to follow the rules when noone else does. Plaintiff is not Perfect and does break rules occassionaly but who doesn't? Plaintiff has never in his life known and been forced to suffer under such Evil and Hatefull people in his entire life.

M) Plaintiff does not understand why he is being treated so badly. The Police do not have the Right to battery Plaintiff for No reason and claim that Plaintiff does not have the right to defend himself by using physical force back. The Federal and Kansas law clearly allows Plaintiff to defend himself with force against abusive Police brutality officers.

9. Plaintiff JAMES RICHARD DUDLEY was hoping these Police KDOC/HCF would back off him if he voluntarily dismissed his lawsuits. Plaintiff was wrong to think and hope this because I was imidiately attacked.

10. In the Courts Order of Dismissal (Doc. 36) it states "...this matter is hereby dismissed pursuant to Fed.R. Civ. P. 41(a)(1)(A)(ii)..."

    a). Fed R. Civ. P. 41(a)(1)(A)(ii), Reads " a stipulation of dismissal signed by all parties who have appeared."

    b) the only parties to have "appeared" in this action thus far is Plaintiff and interested party KDOC/HCF.

    c) Plaintiff JAMES RICHARD DUDLEY <u>DID NOT</u> under any circumstances signed anything in this matter with interested party KDOC/HCF.

    d) If this Court recieved a motion or any other document that had Plaintiff JAMES RICHARD DUDLEY'S signature and interested parties KDOC/HCF'S signature or representatives signature in Regards to a Dismissal in this action IT IS A FORGORY DOCUMENT!

    e) If (d) is the case then I say to interested party KDOC/HCF PROVE IT! We'd have to get something like that on camera with my own attorney and I would have to be getting a good deal out of it.

11. Plaintiff JAMES RICHARD DUDLEY Respectfully request of this Court for Relief from its Order Dismissing this matter in the form of REOPENING this case for further, (and possibly <u>full</u>) litigation on the merits.

12. Plaintiff JAMES RICHARD DUDLEY Respectfully Request of this Court to construe this motion in a liberal manner

for consideration of any other relief Plantiff JAMES RICHARD DUDLEY may be intitled to for his valid claims in this motion and to grant Plantiff JAMES RICHARD DUDLEY the Relief he is intitled to to Protect Plantiff JAMES RICHARD DUDLEY from further harm and violation of his Constitutional and Human Rights.

13. Plaintiff JAMES RICHARD DUDLEY also Respectfully Request that this Court ask Attorney Joseph Hollander in Wichita, Kansas to accept his case to assist him in his litigation.

14. Plantiff is Requesting Counsel to be appointed by this Court to assist him in this matter and will accept the Counsel the Court finds to appoint Plantiff JAMES RICHARD DUDLEY should Attorney Joseph Hollander be unavailable to be appointed to assist Plantiff JAMES RICHARD DUDLEY in this matter.

15. This motion is all the Plantiff JAMES RICHARD DUDLEY has been provided. This is why Plantiff is unable to provide the court with the actual motions forms thenselvs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 1/28/2022 signature *[signature]*

*[signature]*
James Richard Dudley (PROSE)

# DISCIPLINARY REPORT

HUTCHINSON CORRECTIONAL FACILITY - CENTRAL
 ( FACILITY)

Case No. 2201-170   Date of Alleged Violation: 01/24/2022   Time: 0805 ~~P.M.~~ A.M.

Date This Report Written: 01/24/2022   Time: 0900 A.M.

Name of Inmate: Dudley   James           No. 91359   Cell No: A2 Cell 215/ A1 136
 LAST          FIRST       MI

Duty Assignment: RHU

**Alleged Violation of Law or Rule** (Identify by Code No., Short Title, and Class)   44-12-324 Battery Class 1  44-12-304 Disobeying orders Class 1

FACTS: On 1/24/2022 I Cpl Hoffman was escorting I/M Dudley to his cell from sick call, while going up the stairs he stops to look at the books. I tell him to start walking, he says "give me a minute" I then give him a second order to start walking, I/M Dudley says again "im looking give me minute". I start to lift up on his arm to help him up the stairs. He then says don't get aggressive with me, then throws his shoulder in to the right side of my jaw. I reached around his shoulder to gain control and we then fell down the stairs. Cpl Strange came around the corner and called a Level A. I maintaied control of I/M Dudley until response arrived and took control and escorted him to MRA Cell 136.

Staff Witnesses: CPI Strange

(Attach Additional Sheet(s) if necessary)
(Signature) _CPI C. Hoffman_
Printed Name and Title of Employee Writing Report

Approved by: _____
(Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 1/24/22   Signature _____

I received a copy of this report on 1/25/22, 0700, _____ #91359
 (Date)   (Time)   (Inmate Signature & No)

I served a copy of this report 1/25/22, 0700, _____ CSI
 (Date)   (Time)   (Signature of Officer or Unit Team Manager & Title)

Technical and clerical errors in the writing and / or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.

EXHIBIT #1

# Kansas Department of Corrections
## Administrative Segregation Report

TO: <u>Secretary of Corrections</u>   Report Number: <u>83687</u>
FROM: <u>Hutchinson Correctional Facility</u>

Date This Report Filed: <u>1/24/2022</u>   Time of Report: <u>8:20 am</u>
Date of Segregation Placement: <u>1/24/2022</u>   Time of Placement: <u>8:10 am</u>

Offender Name: <u>Dudley, James #91359</u>

Reason(s) For Segregation (Including Rule No. and Title):
IMPP 20-105 (VI) More Restricted Area (MRA)

Moved from Cell #: <u>A2-215</u> to Segregation Cell #: <u>A1-136</u>

☐ Pre-Segregation hearing conducted

☐ Pre-Segregation hearing NOT conducted (Explain)

Facts: <u>Dudley #91359 physically battered the officer escorting him from a medical appointment to his cell. Physical force was necessary to gain control of the inmate. No injuries reported to inmate and no serious injury to the officer. The inmate was cleared by medical staff. Inmate was not present for the inventory of his property.</u>

☐ This placement is an Involuntary Protective Custody due to PREA Concerns (Respond to next two sections)

What is the basis for the facility's concern for the offender's safety?

_____

What is the reason no alternative means of separation can be arranged?

_____

G. S. Kilmer CSII  [signature]  Date <u>1/24/2022</u>
Signature and Title of Reporting Officer

Approved By:
C. Price CSIII  [signature]  Date <u>1/24/2022</u>
Shift Supervisor or Seg Unit Mgr.

_____ Date _____
Warden Authorization (if needed)

***

OFFENDER ACKNOWLEDGMENT:
I received a copy of this report on: Date: <u>1-24-22</u>   Time: <u>10:00</u> am / pm

[signature] # 0091359
Offender Signature and Number

[signature] Smith CSI
Staff Witness and Title

Record this Document in Imaging
Original to Master File
Copy to: Warden
    Offender
    PCM
    EAI

EXHIBIT #2